463 A.2d 30

Commonwealth v. Heiney, Appellant.
Petition for Allowance of Appeal Denied Nov. 9, 1983.

Submitted January 7, 1983. George Howard Eager, for appellant; Edward F. Browne, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, BECK and JOHNSON, JJ.

Affirmed.

SPAETH, J., filed a memorandum concurring opinion.

463 A.2d 30

Commonwealth v. Holt, Jr., Appellant.

Submitted February 23, 1983. George Retos, Jr., for appellant; Charles J. Morris, District Attorney, for Commonwealth, appellee.

Before SPAETH, BROSKY and MONTEMURO, JJ.

The judgment of sentence is affirmed.